IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.,<br><br>　　　　　　Defendants. | **Old** Case No.:<br>1:09-cv-00701-AWI-**SMS**<br><br>**ORDER REASSIGNING CASE TO MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**New** Case No.:<br>1:09-cv-00701-AWI-**JLT**<br><br>Motions Hearing [24-27 & 29]: 4/8/11, 10:00am, **JLT**/Bakersfield |

　　IT IS HEREBY ORDERED that this case be reassigned from the docket of Magistrate Judge Sandra M. Snyder (SMS) in Fresno, CA, to the docket of Magistrate Judge Jennifer L. Thurston (JLT), in Bakersfield, CA, and that all future pleadings and/or correspondence hereinafter be correctly numbered/initialed as follows:

**1:09-cv-00701-AWI-JLT**

　　The parties are herein advised that future use of an incorrect case number, including the magistrate judge's initials, could result in documents being misdirected and/or incorrectly calendared by the appropriate judicial officer and/or staff.

1

IT IS FURTHER ORDERED that the pending motions (Docs. 24-27 & 29) will now be heard on April 8, 2011 at 10:00 a.m. before Judge Thurston (JLT) in Bakersfield as follows:

>United States District Court
>Bankruptcy Courtroom
>1300 18th Street, Suite A
>Bakersfield, CA  93301

Counsel to contact Judge Thurston's Courtroom Deputy Alan-Leon Guerrero at (661) 326-6620 to make arrangements for telephonic appearances.

Counsel are reminded of Local Rule 133(f) ~ Chambers Courtesy Paper Copies ~ which are now to be mailed to Judge Thurston, 1200 Truxtun Avenue, Suite 120, Bakersfield, CA, 93301, properly tabbed, fastened, and clearly identified as a courtesy copy.  Therefore, counsel are DIRECTED to promptly mail courtesy copies of Doc. 24 totaling 52 pages and Docs. 29-32 totaling 119 pages to Judge Thurston as soon as possible, in light of the upcoming motions hearing on April 8, 2011.

Additionally, as set forth in the court minutes of February 28, 2011 (Doc. 28), the current deadlines (Doc. 18) for class discovery of 3/1/11, expert disclosure of 3/4/11, expert discovery of 4/15/11, and class certification of 5/2/11 are **STAYED**, to be re-addressed upon rulings on the motions.

IT IS SO ORDERED.

**Dated:   March 14, 2011**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE

2