Exhibit 6

1  MALLISON & MARTINEZ
   STAN S. MALLISON (SBN 184191)
2  stanm@themmlawfirm.com
   HECTOR R. MARTINEZ (SBN 206336)
3  hector@themmlawfirm.com
   1939 Harrison Street, Suite 730
4  Oakland, CA 94612
   Telephone: (510) 832-9999
5  Facsimile: (510) 832-1101

6
   WEINBERG, ROGER & ROSENFELD          MILBERG LLP
7  A Professional Corporation           JEFF S. WESTERMAN (SBN 94559)
   DAVID A. ROSENFELD (SBN 058163)      jwesterman@milberg.com
8  drosenfeld@unioncounsel.net          SABRINA S. KIM (SBN 186242)
   WILLIAM A. SOKOL (SBN 72740)         skim@milberg.com
9  bsokol@unioncounsel.net              One California Plaza
   1001 Marina Village Parkway, Suite 200   300 South Grand Ave., Suite 3900
10 Alameda, CA 94501-1091               Los Angeles, CA 90071
   Telephone: (510) 337-1001            Telephone: (213) 617-1200
11 Facsimile: (510) 337-1023            Facsimile: (213) 617-1975

12 Attorneys for Plaintiffs
   SILVESTRE SOTO and OLGA GALVAN
13
                    UNITED STATES DISTRICT COURT
14                 EASTERN DISTRICT OF CALIFORNIA
                          FRESNO DIVISION
15
   SILVESTRE SOTO and OLGA GALVAN, on  )  Case No. 09-cv-00701-AWI-JLT
16 Behalf of themselves and all other similarly )  SUPPLEMENTAL  DECLARATION OF JAVIER
   situated,                           )  GARCIA
17                      Plaintiffs,    )
18                                     )
                 vs.                   )
19 CASTLEROCK FARMING AND              )
   TRANSPORT, INC., and DOES 1-20,     )
20                                     )
                                       )
21              Defendants. )

22

23

24

25

26 SUPPLEMENTAL DECLARATION OF JAVIER GARCIA        |   |        Case No. 09-cv-00701-AWI-JLT

I, Javier Garcia, declare the following:

1.  I am attaching true and correct copies of some of my pay stubs from the years that I worked for Castlerock.

I declare and affirm that the foregoing is true and correct. This statement has been signed on May 20th of 2011, in *Richgrove*, California.

*Javier Garcia*

Javier Garcia



I, Gloria Bentson, Court Certified Spanish Interpreter; Certification number 301007, certify that the foregoing translation: "Declaration of Javier Garcia", completed on the 23rd day of May 2011, has been translated from the Spanish language into the English language to the best of my ability.

**Unlimited Languages**

5410 NW 33rd Avenue
Suite 100
Fort Lauderdale, FL 33309
Telephone 954-462-6127 x 11042

FAX   954-462-6750

www.unlimitedlang.com



---

**Comments:**

If you have any questions regarding the following, please contact Unlimited Languages at 954-462-6127

**Esquire Corporate Solutions**- An Alexander Gallo Company -5410 NW 33rd Avenue- Suite 100. Fort Lauderdale FL 33309.

[Pick the date]

MALLISON & MARTINEZ
STAN S. MALLISON (SBN 184191)
stanm@themmlawfirm.com
HECTOR R. MARTINEZ (SBN 206336)
hectorm@themmlawfirm.com
1939 Harrison Street, Suite 730
Oakland, CA  94612
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
DAVID A. ROSENFELD (SBN 058163)
drosenfeld@unioncounsel.net
WILLIAM A. SOKOL (SBN 72740)
bsokol@unioncounsel.net
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
SABRINA S. KIM (SBN 186242)
skim@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975

Attorneys for Plaintiffs
SILVESTRE SOTO and OLGA GALVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., and DOES 1-20,<br><br>        Defendants. | Case No. 09-cv-00701-AWI-JLT<br><br>SUPPLEMENTAL DECLARATION OF JAVIER GARCIA |

| | |
|---|---|
| SUPPLEMENTAL DECLARATION OF JAVIER GARCIA | Case No. 09-cv-00701-AWI-JLT |

1   Yo, Javier Garcia, declaro lo siguiente:

2

3       1.  Adjunto son copias verdaderas y correctas de algunos de mis talones de cheque de

4           los años que trabajé para Castlerock.

5

6       Declaro y afirmo, bajo pena de perjurio, que lo anterior es correcto y verdadero. Esta

7   declaración es firmada este 20 de Mayo del 2011en Richgrove, California.

8

9                                                   _Javier Garcia_
                                                    Javier Garcia

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| SUPPLEMENTAL DECLARATION OF JAVIER GARCIA | - 1 - | Case No. 09-cv-00701-AWI-JLT |

CASTLEROCK FARMING AND TRANSPORT, INC.

```
Castlerock Farming and        JAVIER VICTORIANO GARCIA         Chk#: 20280
Rt. 2 , Box 299               P.O.BOX 879                     Date: 8/24/2001
Delano, Ca 93215              RICHGROVE CA 93261              From: 8/12/2001
EIN: 77-0561252    Crew: 011 SS#: 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  Emp Id: 504842 Thru: 8/18/2001
```

| Day | Description | Type | Rate | Hours | Pieces | Amount |
|-----|-------------|------|------|-------|--------|--------|
| | Earnings | Hourly | 6.3500 | 47.50 | | 301.63 |
| | Earnings | Pce Wrk | 0.3000 | | 167.000 | 50.10 |
| | Total this check - | | Hours: | 47.50 * | Tot Pay: | 351.73 * |
| | Soc Sec: 21.81 Medi : 5.10 SDI | : | 3.17 | | Tot Ded: | 30.08 * |
| | | | | | Net Pay: | 321.65 * |

| | Hrs Wkd | Gross Pay | Fed W/H | Soc Sec | Medi | SDI |
|---|---------|-----------|---------|---------|------|-----|
| YTD: | 61.50 | 458.03 | 0.00 | 28.40 | 6.64 | 4.13 |

CASTLEROCK FARMING AND TRANSPORT, INC.

```
 Castlerock Farming and       JAVIER VICTORIANO GARCIA        Chk#: 21127
 Rt. 2 , Box 299              P.O.BOX 879                     Date: 8/31/2001
 Delano, Ca 93215             RICHGROVE CA 93261              From: 8/19/2001
 EIN: 77-0561252   Crew: 011 SS#: 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  Emp Id: 504842 Thru: 8/25/2001
```

| Day | Description | Type | Rate | Hours | Pieces | Amount |
|-----|-------------|------|------|-------|--------|--------|
| | Earnings | Hourly | 6.3500 | 42.50 | | 269.89 |
| | Earnings | Pce Wrk | 0.3000 | | 133.000 | 39.90 |
| | Total this check - | | Hours: | 42.50 * | Tot Pay: | 309.79 * |
| | Soc Sec:   19.20   Medi   :    4.49 | SDI | :    2.79 | | Tot Ded: | 26.48 * |
| | | | | | Net Pay: | 283.31 * |

| | Hrs Wkd | Gross Pay | Fed W/H | Soc Sec | Medi | SDI |
|---|---------|-----------|---------|---------|------|-----|
| YTD: | 104.00 | 767.82 | 0.00 | 47.60 | 11.13 | 6.92 |

```
LEROCK FARMING AND TRANSPORT, INC.
 stlerock Farming and        JAVIER VICTORIANO GARCIA        Chk#: 23694
Rt. 2 , Box 299              P.O.BOX 879                     Date: 9/21/2001
Delano, Ca 93215             RICHGROVE CA 93261              From: 9/09/2001
EIN: 77-0561252   Crew: 011 SS#: 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  Emp Id: 504842 Thru: 9/15/2001
```

| Day | Description | Type | Rate | Hours | Pieces | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| | Earnings | Hourly | 6.3500 | 38.00 | | 241.30 |
| | Earnings | Pce Wrk | 0.3000 | | 123.000 | 36.90 |
| Total this check - | | | Hours: | 38.00 * | Tot Pay: | 278.20 * |
| Soc Sec: | 17.25   Medi   :   4.04   SDI | : | 2.50 | | Tot Ded: | 23.79 * |
| | | | | | Net Pay: | 254.41 * |

| | Hrs Wkd | Gross Pay | Fed W/H | Soc Sec | Medi | SDI |
| --- | --- | --- | --- | --- | --- | --- |
| YTD: | 211.50 | 1487.35 | 0.00 | 92.22 | 21.57 | 13.39 |

```
#   4557  NAME: GARCIA VICTORIANO JAVIER    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 08/18/03 to 08/24/03 CH#    63405
Day  Pay Type    Units     Rate     Total              This Check  Year to Date
     REG Hrs      48.00    6.750    324.00  Gross Wages   378.30    5,127.71
     Piecework   181.00    0.300     54.30  SDI             3.41       46.15
                                            FICA           23.46      317.92
                                            MEDICARE        5.48       74.35
                                            FED WHT         0.00        0.00
                                            STATE WHT       0.00        0.00
                                            LOCAL WHT       0.00        0.00
                                            EIC             0.00        0.00
                                            ADVANCES        0.00        0.00
                                                            0.00        0.00
                                                            0.00        0.00  GOLDEN GRAIN FARM LABOR CONTRACTOR
                                                            0.00        0.00  2218 5TH DRIVE
                                                            0.00        0.00  DELANO, CA.  93215
                                                            0.00        0.00  77-0507673
                                                            0.00        0.00  458-3002-3
                                            NET CHECK     345.95     4689.29
```

```
#  4557 NAME: GARCIA VICTORIANO JAVIER   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 09/22/03 to 09/28/03 CH# 69470
Day  Pay Type    Units    Rate    Total                This Check  Year to Date
     REG Hrs     40.00    6.750   270.00  Gross Wages    300.60    6,504.05
     Piecework  102.00    0.300    30.60  SDI              2.71       58.54
                                          FICA            18.64      403.25
                                          MEDICARE         4.36       94.31
                                          FED WHT          0.00        0.00
                                          STATE WHT        0.00        0.00
                                          LOCAL WHT        0.00        0.00
                                          EIC              0.00        0.00
                                          ADVANCES         0.00        0.00
                                                           0.00        0.00
                                                           0.00        0.00  GOLDEN GRAIN FARM LABOR CONTRACTOR
                                                           0.00        0.00  2218 5TH DRIVE
                                                           0.00        0.00  DELAND, CA.  93215
                                                           0.00        0.00  77-0507673
                                                           0.00        0.00  458-3002-3
                                          NET CHECK      274.89     5947.95
```

```
#   4557 NAME: GARCIA VICTORIANO JAVIER   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 09/29/03 to 10/05/03 CH#   73182
Day  Pay Type    Units      Rate     Total                    This Check   Year to Date
     REG Hrs      50.00     6.750    337.50   Gross Wages       375.90       6,879.95
     Piecework   128.00     0.300     38.40   SDI                 3.38          61.92
                                             FICA               23.31         426.56
                                             MEDICARE            5.45          99.76
                                             FED WHT             0.00           0.00
                                             STATE WHT           0.00           0.00
                                             LOCAL WHT           0.00           0.00
                                             EIC                 0.00           0.00
                                             ADVANCES            0.00           0.00
                                                                 0.00           0.00
                                                                 0.00           0.00   GOLDEN GRAIN FARM LABOR CONTRACTOR
                                                                 0.00           0.00   2218 5TH DRIVE
                                                                 0.00           0.00   DELANO, CA.  93215
                                                                 0.00           0.00   77-0507673
                                                                 0.00           0.00   458-3002-3
                                             NET CHECK          343.76        6291.71
```

#57  NAME: GARCIA VICTORIANO JAVIER    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  10/06/03 to  10/12/03  CHK  74717

| Day/Type | Units | Rate | Total |
|---|---|---|---|
| Reg Hrs | 44.00 | 6.750 | 297.00 |
| Piecework | 114.00 | 0.300 | 34.20 |

**GOLDEN GRAIN FARM LABOR CONTRACTOR**

| | This Check | Year to Date |
|---|---|---|
| Gross Wages | 331.20 | 7,211.15 |
| FICA | | 447.09 |
| MEDICARE | 4.80 | 104.56 |
| FED WHT | 0.00 | 0.00 |
| STATE WHT | 2.98 | 44.80 |
| LOCAL WHT | 0.00 | 0.00 |
| EIC | 0.00 | 0.00 |
| ADVANCES | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| NET CHECK | 302.89 | 6594.60 |

GOLDEN GRAIN FARM LABOR CONTRACTOR
221B 5TH DRIVE
DELANO, CA. 93215
77-0507673   458-3002-3



# 4557 NAME: GARCIA VICTORIANO JAVIER    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    10/13/03 to 10/19/03    CH# 71206

| Day Pay Type | Units | Rate | Total | | This Check | Year to Date |
|---|---|---|---|---|---|---|
| REG Hrs | 42.00 | 6.750 | 283.50 | Gross Wages | 318.30 | 7,529.45 |
| Piecework | 116.00 | 0.300 | 34.80 | SDI | 2.87 | 61.77 |
| | | | | FICA | 19.74 | 466.83 |
| | | | | MEDICARE | 4.62 | 109.18 |
| | | | | FED WHT | 0.00 | 0.00 |
| | | | | STATE WHT | 0.00 | 0.00 |
| | | | | LOCAL WHT | 0.00 | 0.00 |
| | | | | EIC | 0.00 | 0.00 |
| | | | | ADVANCES | 0.00 | 0.00 |
| | | | | NET CHECK | 291.07 | 6885.67 |

GOLDEN GRAIN FARM LABOR CONTRACTOR
2218 5TH DRIVE
DELANO, CA. 93215
77-0507673
458-3002-3

```
#  4557 NAME: GARCIA VICTORIANO JAVIER    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 10/20/03 to 10/26/03 CH#    72447
Day  Pay Type      Units      Rate     Total                    This Check   Year to Date
     REG Hrs       46.00      6.750    310.50   Gross Wages      349.20       7,878.65
     Piecework     129.00     0.300    38.70    SDI              3.14         70.91
                                                FICA             21.65        488.48
                                                MEDICARE         5.06         114.24
                                                FED WHT          0.00         0.00
                                                STATE WHT        0.00         0.00
                                                LOCAL WHT        0.00         0.00
                                                EIC              0.00         0.00
                                                ADVANCES         0.00         0.00
                                                                 0.00         0.00
                                                                 0.00         0.00    GOLDEN GRAIN FARM LABOR CONTRACTOR
                                                                 0.00         0.00    2218 5TH DRIVE
                                                                 0.00         0.00    DELANO, CA.  93215
                                                                 0.00         0.00    77-0507673
                                                                 0.00         0.00    458-3002-3
                                                NET CHECK        319.35       7205.02
```



#599 GARCIA VICTORIANO, JAVIER    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

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total |
|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | | Farm Labor | 46.50 | | 6.7500 | |

02/02/2004 to 02/08/2004   Ch# 84118  02/13/2004

| | This Check | Yr to Date |
|---|---|---|
| Gross Wages | 313.88 | 1,338.76 |
| Fed Wht | 0.00 | 0.00 |
| FICA | 19.46 | 84.16 |
| Medicare | 4.55 | 22.02 |
| State Wht | 0.00 | 0.00 |
| SDI | 3.70 | 7.92 |
| EIC Credit | 0.00 | 0.00 |
| Local Wht | 0.00 | 0.00 |
| Advances | 0.00 | 0.00 |

| Totals: | 46.50 | 0.00 | | 313.88 |
|---|---|---|---|---|

Net Check      286.17    1,134.66
GOLDEN GRAIN FARM LABOR CONTRAC
2218 5TH DRIVE
DELANO, CA 93215
77-0507673   458-3002-3

GOLDEN GRAIN FARM LABOR CONTRACTOR

#599 GARCIA VICTORIANO, JAVIER     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     02/16/2004 to 02/22/2004  Ch# 84384  02/27/2004

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | | Farm Labor | 31.00 | | 6.7500 | 209.25 | Gross Wages | 209.25 | 1,832.64 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 12.97 | 113.62 |
| | | | | | | | | Medicare | 3.03 | 26.57 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 2.47 | 21.63 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check     190.78     1,670.82
GOLDEN GRAIN FARM LABOR CONTRAC
2218 5TH DRIVE
DELANO, CA 93215

Totals:     31.00     0.00                    209.25     77-0507673    458-3002-3

#599 GARCIA VICTORIANO, JAVIER    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    08/02/2004 to 08/08/2004  Ch# 15336  08/13/2004    **15336**

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | | Farm Labor | 23.50 | | 6.7500 | 158.63 | Gross Wages | 189.53 | 4,336.53 |
| Piecework | NO GROWER | | Farm Labor | 0.00 | 103.0000 | 0.3000 | 30.90 | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 11.75 | 268.86 |
| | | | | | | | | Medicare | 2.75 | 62.88 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 2.24 | 51.17 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check    172.79    3,953.62
GOLDEN GRAIN FARM LABOR CONTRAC
1835 MONTGOMERY LANE
DELANO, CA 93215

Totals:    23.50    103.00          189.53    77-0507673    458-3002-3



J & B PIMENTEL  1122 ALMERIA ST.  DELANO, CA 93215

**012545**

#267 GARCIA, JAVIER     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     04/05/2004 to 04/11/2004  Ch# 12545  04/16/2004

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|-----|----------|--------|-------|-----|-----|-------|------|-------|---|-----------|-----------|
| | Reg. Hrs | NO GROWER | | Farm Labor | 22.00 | | 6.7500 | 148.50 | Gross Wages | 148.50 | 148.50 |
| | | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | | FICA | 9.21 | 9.21 |
| | | | | | | | | | Medicare | 2.15 | 2.15 |
| | | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | | SDI | 1.75 | 1.75 |
| | | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | | Advances | 0.00 | 0.00 |

Net Check          135.39          135.39
J & B PIMENTAL
1122 ALMERIA STREET
DELANO, CA 93215

Totals:     22.00     0.00          148.50     77-0580974   515-3839-5

J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274

**003232**

#599 GARCIA VICTORIANO, JAVIER      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      02/14/2005 to 02/20/2005  Ch# 3232  02/25/2005

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|-----|----------|--------|-------|-----|-----|-------|------|-------|---|-----------|-----------|
| | Reg. Hrs | NO GROWER | 1 | Farm Labor | 18.00 | | 6.7500 | 121.50 | Gross Wages | 121.50 | 871.65 |
| | | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | | FICA | 7.53 | 54.04 |
| | | | | | | | | | Medicare | 1.76 | 12.64 |
| | | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | | SDI | 1.31 | 9.41 |
| | | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | | Advances | 0.00 | 0.00 |

Net Check      110.90      795.56
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274

Totals:      18.00      0.00              121.50

J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274

**011321**

#599 GARCIA VICTORIANO, JAVIER      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      05/23/2005 to 05/29/2005  Ch# 11321  06/03/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 7.00 | | 6.7500 | 47.25 | Gross Wages | 47.25 | 2,964.16 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 2.93 | 183.78 |
| | | | | | | | | Medicare | 0.68 | 42.98 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 0.51 | 32.01 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

3

Net Check          43.13      2,705.39
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274
247-8691-5

|  |  | Totals: | 7.00 | 0.00 |  | 47.25 |
|---|---|---|---|---|---|---|



**J L PADILLA & SONS LABOR SERVICE** 3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274                    **014674**

#599 GARCIA VICTORIANO, JAVIER      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 ;   06/13/2005 to 06/19/2005  Ch# 14674  06/24/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 43.50 | | 6.7500 | 293.63 | Gross Wages | 293.63 | 4.165.67 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 18.20 | 258.27 |
| | | | | | | | | Medicare | 4.26 | 60.40 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 3.17 | 44.99 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check        268.00        3,802.01
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274
247-8691-5

| | | | Totals: | 43.50 | 0.00 | | 293.63 | | | |



J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274                    **012107**

#599 GARCIA VICTORIANO. JAVIER      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      05/30/2005 to 06/05/2005  Ch# 12107  06/10/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 37.00 | | 6.7500 | 249.75 | Gross Wages | 249.75 | 3,588.54 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 15.49 | 222.49 |
| | | | | | | | | Medicare | 3.62 | 52.03 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 2.70 | 38.76 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

*10*

Net Check      227.94      3,275.26
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274

| | | Totals: | 37.00 | 0.00 | | 249.75 | 247-8691-5 |
|---|---|---|---|---|---|---|---|

J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274

**015448**

#599 GARCIA VICTORIANO, JAVIER      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      06/20/2005 to 06/26/2005  Ch# 15448  07/01/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 31.00 | | 6.7500 | 209.25 | Gross Wages | 209.25 | 4,374.92 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 12.98 | 271.25 |
| | | | | | | | | Medicare | 3.04 | 63.44 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 2.26 | 47.25 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check      190.97      3,992.98
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274

Totals:      31.00      0.00                    209.25   72-1569183   247-8691-5

**J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274**

# 017758

#599 GARCIA VICTORIANO, JAVIER     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     07/11/2005 to 07/17/2005  Ch# 17758  07/22/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg Hrs | NO GROWER | 1 | Farm Labor | 24.00 | | 6.7500 | 162.00 | Gross Wages | 189.90 | 4,887.47 |
| Piecework | NO GROWER | 1 | Farm Labor | 0.00 | 93.0000 | 0.3000 | 27.90 | Fed.Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 11.77 | 303.02 |
| | | | | | | | | Medicare | 2.76 | 70.87 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 2.05 | 52.78 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check              173.32        4,460.80
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274

| | | | Totals: | 24.00 | 93.00 | | 189.90 | 72-1569183  247-8691-5 | | |

J L PADILLA & SONS LABOR SERVICE  3735 MOUNTAIN VIEW  DESERT SHORES, CA 92274

**019**

#599 GARCIA VICTORIANO, JAVIER    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    07/18/2005 to 07/24/2005  Ch# 19366  07/29/2005

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Da |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 47.50 | | 7.0000 | 332.50 | Gross Wages | 375.10 | 5,262 |
| Piecework | NO GROWER | 1 | Farm Labor | 0.00 | 142.0000 | 0.3000 | 42.60 | Fed Wht | 0.00 | 0. |
| | | | | | | | | FICA | 23.26 | 326.2 |
| | | | | | | | | Medicare | 5.44 | 76.3 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 4.06 | 56.84 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check            342.34        4,803.14
J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, Ca  92274
Totals.    47.50    142.00              375.10    72-1569183    247-8691-5



J L PADILLA & SONS LABOR SERVIE 3735 MOUNTAIN VIEW DESERT SHORES, CA92274

#599 GARCIA VICTORIANO, JAVIER    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    08/08/2005 to 08/14/2005   Ch# 23160  08/19/2005    **023160**

| Day Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| Reg. Hrs | NO GROWER | 1 | Farm Labor | 14.50 | | 7.0000 | 101.50 | Gross Wages | 101.50 | 6,213.07 |
| | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | FICA | 6.29 | 385.21 |
| | | | | | | | | Medicare | 1.47 | 90.09 |
| | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | SDI | 1.10 | 67.10 |
| | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | Advances | 0.00 | 0.00 |

Net Check    92.64    5,670.67

J L Padilla & Sons Labor Service
3735 Mountain View
Desert Shores, CA  92274

Totals.   14.50    0.00         101.50   72-1569183   247-8691-5

J L PADILLA & SONS LABOR SERVIVE 3735 MOUNTAIN VIEW DESERT SHORES, CA92274

#599 GARCIA VICTORIANO, JAVIER    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    08/08/2005 to 08/14/2005  Ch# 23062  08/19/2005    **023062**

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|-----|----------|--------|-------|-----|-----|-------|------|-------|--|-----------|-----------|
| Reg. Hrs | | NO GROWER | 1 | Farm Labor | 29.50 | | 7.0000 | 206.50 | Gross Wages | 206.50 | 6,111.57 |
| | | | | | | | | | Fed Wht | 0.00 | 0.00 |
| | | | | | | | | | FiCA | 12.81 | 378.92 |
| | | | | | | | | | Medicare | 3.00 | 88.62 |
| | | | | | | | | | State Wht | 0.00 | 0.00 |
| | | | | | | | | | SDI | 2.23 | 66.00 |
| | | | | | | | | | EIC Credit | 0.00 | 0.00 |
| | | | | | | | | | Local Wht | 0.00 | 0.00 |
| | | | | | | | | | Advances | 0.00 | 0.00 |

Net Check            188.46        5,578.03
J L Padilla & Sons Labor Service
3735 Mountain View
Deseri Shores, Ca  92274

| | | Totals: | 29.50 | 0.00 | | 206.50 | 72-1569183   247-8691-5 |
|--|--|---------|-------|------|--|--------|-----------------------|