Stan S. Mallison, (SBN 184191)
Hector R. Martinez (SBN 206336)
Marco A. Palau (SBN 242340)
Jessica Juarez (SBN 269600)
Joseph D. Sutton (SBN 269951)
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612
Telephone: 510.832.999
Facsimile:  510.832.1101
stanm@themmlawfirm.com
hectorm@themmlawfirm.com
mpalau@themmlawfirm.com
jjuarez@themmlawfirm.com
jsutton@themmlawfirm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DIVISION OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN on behalf of themselves and all other similarly situated individuals,<br><br>PLAINTIFFS,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC and DOES 1-20<br><br>DEFENDANTS. | 1:09-cv-00701-AWI-JLT<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND PLAINTIFFS' COMPLAINT**<br><br>Date:, 2011<br>Time:  9:00 a.m.<br>Place:  1200 Truxton Ave., Suite 120<br>         Bakersfield, CA<br><br>**Hon. Jennifer L. Thurston** |

Proposed Order Granting Motion for Leave to Amend Plaintiffs' Complaint—Case No. 1:09-cv-00701

1  Plaintiffs' Motion for Leave to Amend Complaint came on regularly for hearing and, upon consideration of the papers submitted by the parties, the Proposed First Amended Complaint, the argument of counsel and for good cause shown, the Court hereby orders as follows:

IT IS HERBY ORDERED that Plaintiffs' Motion for Leave to Amend Complaint is GRANTED. Plaintiffs to file the First Amended Complaint no later than 10 days from this Order. Defendant to file responsive pleadings within 10 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

Dated: _____                                    _____

The Honorable Jennifer L. Thurston