GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JAMES M. HANLON, JR., Bar No. 214096
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Castlerock Farming and Transport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., and DOES 1-20,<br><br>Defendant. | Case No. 09-cv-00701-AWI-JLT<br><br>**DEFENDANT CASTLEROCK FARMING AND TRANSPORT INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION ON PLAINTIFF'S PAGA CLAIM**<br><br>Date:        October 11, 2011<br>Time:        1:30 p.m.<br>Courtroom:   2<br>Before:      Hon. Anthony W. Ishii<br><br>**Accompanying Documents:**<br><br>1. Memorandum of Points and Auth.<br>2. Statement of Undisputed Facts<br>3. Declaration of Morgan K. Lopez<br>4. [Proposed] Order |

TO PLAINTIFF SILVESTRE SOTO AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on October 11, 2011, at 1:30 p.m, or as soon thereafter as the matter may be heard by the Honorable Anthony W. Ishii, Chief District Court Judge, in Courtroom 2 on the 8th floor of the U.S. District Court for the Eastern District of California, Fresno Division, 2500 Tulare Street, Fresno, California 93721, Defendant Castlerock Farming and Transport, Inc. ("Castlerock") will bring on for hearing this motion for summary

adjudication. This motion is made pursuant to Federal Rule of Civil Procedure 56(c) on the grounds that: plaintiff Silvestre Soto's seventh claim for relief brought pursuant to California's Private Attorney General Act of 2004 is time barred because (i) plaintiff did not provide notice of his claims to the California Labor and Workforce Development Agency ("LWDA") within one year of the claims arising; and (ii) plaintiff Silvestre Soto's notice to the LWDA was insufficient because it did not identify plaintiff as the aggrieved employee and did not identify the facts and theories underlying his claim.

The motion is based upon this Notice of Motion and Motion for Summary Adjudication, the Memorandum of Points and Authorities in support thereof, the pleadings on file in this matter, the declaration of Morgan K. Lopez and exhibits thereto, and such other matter as may be presented in reply or at the hearing or of which the Court may take judicial notice.

Dated: August 24, 2011

Respectfully submitted,
GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JAMES M. HANLON, JR.
MORGAN K. LOPEZ
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Defendant
Castlerock Farming and Transport, Inc.