1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JAMES M. HANLON, JR., Bar No. 214096
   MORGAN K. LOPEZ, Bar No. 215513
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Defendant
   Castlerock Farming and Transport, Inc.
7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12  SILVESTRE SOTO and OLGA GALVAN,      )   **Case No. 09-cv-00701-AWI-JLT**
    on behalf of themselves and all others )
13  similarly situated,                   )   **STIPULATED ORDER COMPELLING**
                                          )   **ATTENDANCE OF OLGA GALVAN**
14             Plaintiff,                 )   **AT DEPOSITION**
                                          )
15        vs.                             )
                                          )
16  CASTLEROCK FARMING AND                )
    TRANSPORT, INC., and DOES 1-20,      )
17                                        )
               Defendant.                 )
18                                        )
                                          )
19

20         On July 7, 2011, the Court ordered plaintiff Olga Galvan to appear to complete

21  her deposition in this lawsuit by July 31, 2011.  Docket No. 60.  After counsel agreed on a date

22  for the deposition, Ms. Galvan failed to appear.  The parties now wish to stipulate to the terms of

23  this second Order compelling Ms. Galvan's appearance at deposition:

24         1. Ms. Galvan shall appear for deposition at defense counsel's office in Walnut

25  Creek, California no later than October 14, 2011.  The deposition shall be conducted on a

26  weekday.

27         2. Plaintiffs shall offer defendant at least two dates upon which Ms. Galvan will

28  be available to appear.  The dates shall be offered at least 10 days in advance.

- 1 -
[PROPOSED] STIP. ORDER RE: GALVAN DEPOSITION Case No. 09-cv-00701-AWI-JLT

1  The parties further acknowledge that the defendant has informed Ms. Galvan that
2  if she does not appear for deposition pursuant to this Order, the defendant will move for her
3  dismissal under Federal Rule of Civil Procedure 37(b)(2)(A).

5  SO STIPULATED
6  Dated: September __, 2011

7  _____
8  GLYNN & FINLEY, LLP
   James M. Hanlon, Jr.
   Counsel for Defendant

10  Dated:  September __, 2011

11  _____
    MALLISON & MARTINEZ
12  Marco A. Palau
    Counsel for Plaintiffs

17  IT IS SO ORDERED.

19  Dated:   **September 21, 2011**        **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE