UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>CASTLEROCK FARMING AND TRANSPORT INC., and DOES 1 to 20 inclusive,<br><br>                Defendant. | CIV-F-09-0701 AWI JLT<br><br>ORDER VACATING HEARING DATE OF OCTOBER 11, 2011 AND TAKING MATTER UNDER SUBMISSION |

Defendant Castlerock Farming and Transport, Inc. has filed a motion for summary adjudication. Doc. 73. An opposition and reply have been filed. Docs. 88 and 90. Oral argument on the matter is scheduled for 1:30 PM on October 11, 2011. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 11 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matters under submission and will thereafter issue its decision.

**IT IS SO ORDERED.**

**Dated:     October 4, 2011**

                                        **CHIEF UNITED STATES DISTRICT JUDGE**

1