IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.,<br><br>Defendants. | Case No.: 1:09-cv-00701 AWI JLT<br><br>ORDER GRANTING STIPULATED DISMISSAL BY PLAINTIFF OLGA GALVAN<br><br>(Doc. 92) |

On October 26, 2011, the parties stipulated to the dismissal of the matter by Plaintiff Olga Galvan, only. (Doc. 92) The parties agreed that they will bear their own costs and fees, except that Defendant reserves its right to seek "all compensable costs at the conclusion of this case, including costs incurred in the partial deposition of OLGA GALVAN." Id.

Good cause appearing, the court GRANTS the stipulation of dismissal by Plaintiff, Olga Galvan, only pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   November 1, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1