GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JAMES M. HANLON, JR., Bar No. 214096
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Castlerock Farming and Transport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., and DOES 1-20,<br><br>Defendant. | **Case No. 09-cv-00701-AWI-JLT**<br><br>**ORDER CONTINUING THE DATE BY WHICH SUPPLEMENTAL BRIEFING REGARDING PLAINTIFF'S MOTION TO COMPEL AND NON-PARTY J.L. PADILLA & SONS LABOR SERVICES, INC.'S MOTION TO QUASH SUBPOENA IS DUE** |

On December 15, 2011, the Court ordered the parties to submit supplemental briefing on Plaintiff's motion to compel production of documents, and non-party J.L. Padilla & Sons Labor Services, Inc's motion to quash subpoena, based on former plaintiff Olga Galvan's voluntary dismissal of her claims in this action. Docket No. 97. The parties were ordered to submit their supplemental briefing no later than January 4, 2012. *Id.*

Counsel for both Defendant and Plaintiff have preexisting work-related conflicts that preclude them from submitting the requested briefing by January 4, 2012. Defendant's counsel have a summary judgment reply brief, in which they are responding to 260 allegedly disputed facts and over 100 pages of testimony, due January 5, 2012. Plaintiff's counsel begin

1  trial on January 3, 2012.  Accordingly, subject to the Court's approval, the parties stipulate to
2  continuing the deadline for their supplemental briefing to January 18, 2012.
3       Dated: December _, 2011

4                       */s/Morgan K. Lopez*
                     GLYNN & FINLEY, LLP
5                       Clement L. Glynn
                     James M. Hanlon, Jr.
6                       Morgan K. Lopez
                     Counsel for Defendant
7

8       Dated:  December 20, 2011

9                       */s/ Marco A. Palau*
                     MALLISON & MARTINEZ
10                      Stan S. Mallison
                     Hector R. Martinez
11                      Marco A. Palau
                     Joseph D. Sutton
12                      Counsel for Plaintiff

13

14

15 IT IS SO ORDERED.
16
17      Dated:  **December 20, 2011**               **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28