IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO,<br><br>        Plaintiff,<br><br>   v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00701 AWI JLT<br><br>ORDER DIRECTING DEFENDANT TO LODGE THE DEPOSITION OF SILVESTRE SOTO |

Plaintiff Silvestre Soto and Defendant Castlerock Farming, Inc., have filed supplemental briefing in accordance with the Court's orders. Both parties refer to the deposition of Mr. Silvestre Soto in their supplemental briefing, but a copy of his deposition has not been lodged with the Court. The Local Rules provide: "Before or upon the filing of a document making reference to a deposition, counsel relying on the deposition shall ensure that a courtesy hard copy of the entire deposition so relied upon has been submitted to the Clerk for use in chambers. Alternatively, counsel relying on a deposition may submit an electronic copy of the deposition . . ." LR 133(j).

Because the Court presumes that Defendants noticed and took the deposition of Mr. Soto, Defendants SHALL lodge the deposition of Mr. Silvestre Soto in electronic format to JLTOrders@caed.uscourts.gov, no later than **February 22, 2012**.

IT IS SO ORDERED.

Dated:   **February 17, 2012**                                /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE