UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT INC., and DOES 1 to 20 inclusive,<br><br>    Defendant. | CIV-F-09-0701 AWI JLT<br><br>ORDER VACATING HEARING DATE OF JUNE 4, 2012 AND TAKING MATTER UNDER SUBMISSION |

Plaintiffs and Defendants have both filed motions to reconsider. Docs. 111, 114, and 116. The motions are opposed. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 4, 2012, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: May 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE

1