UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC, et al.,<br><br>　　　　　　Defendants. | )  Case No.: 1:09-cv-00701 - AWI - JLT<br>)<br>)  ORDER LIFTING STAY AND SETTING<br>)  DEADLINES<br>)<br>)<br>)<br>)<br>)<br>) |

　　　　On September 21, 2011, the Court issued an order staying the matter and vacating pending deadlines and hearing dates. (Doc. 81). On March 25, 2013, the Court issued an order denying all motions for reconsideration and sanctions. (Doc. 127). The parties submitted a joint status report on April 12, 2013, setting forth proposed deadlines for the action to proceed. (Doc. 131). The Court held a status conference on April 19, 2013, and finds it is appropriate for the stay to be lifted, and the scheduling order be amended.

　　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　　1.　　The stay entered on September 21, 2011 is **LIFTED**;

　　　　2.　　The Scheduling Order is amended as follows:

　　　　　　　　A.　　Defendant SHALL produce the documents ordered by the Court on April 30, 2012 (Docs. 110, 127, 130) by Defendant **in full**, no later than **May 1, 2013**;

1

1    B.   The sole remaining deposition of Defendant's Fed. R. Civ. P. 30(b)(6) witness,
2         SHALL be completed on or before **June 14, 2013**.  This will close the class
3         discovery;
4    C.   Plaintiff's motion for class certification SHALL be filed on or before **August 2,**
5         **2013**;
6    D.   Defendant's opposition to class certification SHALL be filed on or before
7         **August 30, 2013**;
8    E.   Plaintiff's reply SHALL be filed on or before **September 20, 2013**;
9    F.   The hearing on the motion for class certification is SET for **October 15, 2013**,
10        **at 9:00 a.m.,** at the United States Courthouse in Bakersfield, California;
11   G.   Merit discovery SHALL be completed no later than **February 7, 2014**;
12   H.   Expert disclosures SHALL be made on or before **February 21, 2014**;
13   I.   Rebuttal experts SHALL be made on or before **March 7, 2014**;
14   J.   Expert discovery SHALL be completed no later than **March 24, 2014**;
15   K.   Non-Dispositive pre-trial motions, including any discovery motions, SHALL be
16        filed no later than **April 7, 2014,** and heard on or before **May 5, 2014**;
17   L.   Dispositive pre-trial motions SHALL be filed on or before **May 19, 2014**, with
18        a hearing date no later than **June 30, 2014**;
19   M.   The Pre-Trial Hearing is SET for **August 27, 2014**, at 8:30 a.m., in Courtroom 2
20        before   Judge Ishii; and
21   N.   The Trial Date is SET for **October 28, 2014**, at 8:30 a.m., in Courtroom 2
22        before Judge Ishii.
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**The parties are reminded that the dates set in this Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.** Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

IT IS SO ORDERED.

Dated:   **April 19, 2013**                         /s/ Jennifer L. Thurston
                                                                                    UNITED STATES MAGISTRATE JUDGE