GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JAMES M. HANLON, JR., Bar No. 214096
MORGAN K. LOPEZ, Bar No. 215513
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

Attorneys for Defendant
Castlerock Farming and Transport, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SILVESTRE SOTO and OLGA GALVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLEROCK FARMING AND TRANSPORT, INC., and DOES 1-20,<br><br>Defendant. | **Case No. 09-cv-00701-AWI-JLT**<br><br>**ORDER GRANTING IN PART STIPULATION AMENDING THE BRIEFING SCHEDULE GOVERNING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>(Doc. 134) |

On April 19, 2013, Magistrate Judge Jennifer L. Thurston amended the Scheduling Order in this action to, among other things, set the briefing schedule governing Plaintiff's motion for class certification. Docket No. 133. Due to pre-existing conflicts, subject to the Court's approval, the parties stipulate to amend the class certification briefing schedule as follow:

    A. Plaintiff's motion for class certification SHALL be filed on or before August 19, 2013;

    B. Defendant's opposition to class certification SHALL be filed on or before September 16, 2013;

- 1 -

C. Plaintiff's reply SHALL be filed on or before October 7, 2013. All other dates set forth in the April 19, 2013 Order, including the date on which the class certification motion will be heard, will remain as set unless modified by the Court.

Dated: May _, 2013

_____
GLYNN & FINLEY, LLP
Clement L. Glynn
James M. Hanlon, Jr.
Morgan K. Lopez
Counsel for Defendant

Dated: May __, 2013

_____
MALLISON & MARTINEZ
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Counsel for Plaintiff

**ORDER**

Because the time frames proposed by the parties in their stipulation fails to allow sufficient time for the Court to consider their papers and evaluate their evidence before the hearing on the motion, the Court **GRANTS** the stipulation **IN PART**:

1. Plaintiff's motion for class certification **SHALL** be filed on or before **August 9, 2013**;

2. Defendant's opposition to class certification **SHALL** be filed on or before **September 6, 2013**;

3. Plaintiff's reply **SHALL** be filed on or before **September 27, 2013**.

IT IS SO ORDERED.

Dated:   **May 14, 2013**            /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE