1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JAMES M. HANLON, JR., Bar No. 214096
   MORGAN K. LOPEZ, Bar No. 215513
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Defendant
   Castlerock Farming and Transport, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12  SILVESTRE SOTO and OLGA GALVAN,          )   **Case No. 09-cv-00701-AWI-JLT**
    on behalf of themselves and all others    )
13  similarly situated,                       )   **AMENDED ORDER GRANTING**
                                              )   **STIPULATION AMENDING THE**
14              Plaintiff,                    )   **BRIEFING SCHEDULE GOVERNING**
                                              )   **PLAINTIFF'S MOTION FOR CLASS**
15       vs.                                  )   **CERTIFICATION**
                                              )
16  CASTLEROCK FARMING AND                    )   (Doc. 136)
    TRANSPORT, INC., and DOES 1-20,           )
17                                            )
                Defendant.                    )
18                                            )
                                              )
19

20        On April 19, 2013, Magistrate Judge Jennifer L. Thurston amended the

21  Scheduling Order in this action to, among other things, set the briefing schedule governing

22  Plaintiff's motion for class certification. Docket No. 133. Due to pre-existing conflicts, subject

23  to the Court's approval, the parties stipulate to amend the class certification briefing schedule as

24  follow:

25        A.  Plaintiff's motion for class certification SHALL be filed on or before

26            August 19, 2013;

27        B.  Defendant's opposition to class certification SHALL be filed on or before

28            September 16, 2013;

- 1 -

STIP. ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE Case No. 09-cv-00701-AWI-JLT

C. Plaintiff's reply SHALL be filed on or before October 7, 2013. All other dates set forth in the April 19, 2013 Order, including the date on which the class certification motion will be heard, will remain as set unless modified by the Court.

Dated: May _, 2013

_____
GLYNN & FINLEY, LLP
Clement L. Glynn
James M. Hanlon, Jr.
Morgan K. Lopez
Counsel for Defendant

Dated: May __, 2013

_____
MALLISON & MARTINEZ
Stan S. Mallison
Hector R. Martinez
Marco A. Palau
Joseph D. Sutton
Counsel for Plaintiff

**ORDER**

Because the time frames proposed by the parties in their stipulation fails to allow sufficient time for the Court to consider their papers and evaluate their evidence before the hearing on the motion, the Court **GRANTS** the stipulation:

1. Plaintiff's motion for class certification **SHALL** be filed on or before **August 19, 2013**;

2. Defendant's opposition to class certification **SHALL** be filed on or before **September 16, 2013**;

3. Plaintiff's reply **SHALL** be filed on or before **October 7, 2013**;

4. The hearing on the motion for class certification is continued to **November 6, 2013.**

IT IS SO ORDERED.

Dated:   **May 24, 2013**            **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE