1  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
2  JAMES M. HANLON, JR., Bar No. 214096
   MORGAN K. LOPEZ, Bar No. 215513
3  One Walnut Creek Center
   100 Pringle Avenue, Suite 500
4  Walnut Creek, CA 94596
   Telephone: (925) 210-2800
5  Facsimile: (925) 945-1975

6  Attorneys for Defendant
   Castlerock Farming and Transport, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12  SILVESTRE SOTO and OLGA GALVAN,      )   Case No. 09-cv-00701-AWI-JLT
    on behalf of themselves and all others )
13  similarly situated,                   )   ORDER GRANTING STIPULATION
                                          )   TO AMEND THE BRIEFING
14              Plaintiff,                 )   SCHEDULE RE: MOTION FOR CLASS
                                          )   CERTIFICATION
15     vs.                                )   (Doc. 144)
                                          )
16  CASTLEROCK FARMING AND                )
    TRANSPORT, INC., and DOES 1-20,       )
17                                        )
                Defendant.                )
18                                        )
                                          )
19  ─────────────────────────────────────)

20          On May 24, 2013, Magistrate Judge Jennifer L. Thurston amended the briefing

21  schedule governing Plaintiff's motion for class certification. Docket No. 137. Both Mr. Glynn

22  and Mr. Hanlon, counsel for defendant Castlerock Farming and Transport, Inc. ("Castlerock"),

23  are currently engaged in trial in Santa Clara County, Case No. 1-00-CV-788657, a public

24  nuisance suit brought by ten cities and counties seeking abatement of lead paint on residences.

25  Mr. Glynn and Mr. Hanlon represent E.I. du Pont de Nemours and Company, one of five

26  defendants. The plaintiffs seek abatement with a forecast cost in excess of $1 billion. The

27  presentation of evidence is expected to continue into early September and will be followed by

28  post-trial merits briefing because the case is being tried to the court, rather than a jury.

                                        - 1 -

1    Castlerock's counsel thus expect to be fully occupied by their present trial through the end of

2    September.

3                  Due to counsel's schedule conflict, the parties stipulate to amend the class

4    certification briefing schedule as follow:

5                       A.  Plaintiff's motion for class certification SHALL be filed on or before

6                           September 30, 2013;

7                       B.  Defendant's opposition to class certification SHALL be filed on or before

8                           October 28, 2013;

9                       C.  Plaintiff's reply SHALL be filed on or before November 18, 2013.

10                      D.  The hearing on Plaintiff's motion for certification SHALL take place on a

11                          date convenient to the Court.

12         Dated:  August 12, 2013

13                                                  /s/ Morgan K. Lopez_____
                                                    GLYNN & FINLEY, LLP
14                                                  Clement L. Glynn
                                                    James M. Hanlon, Jr.
15                                                  Morgan K. Lopez
                                                    Counsel for Defendant
16

17         Dated:  August 12, 2013

18                                                  /s/ Stan S. Mallison_____
                                                    MALLISON & MARTINEZ
19                                                  Stan S. Mallison
                                                    Hector R. Martinez
20                                                  Marco A. Palau
                                                    Joseph D. Sutton
21                                                  Counsel for Plaintiff

22                                        **ORDER**

23

24         Before the Court is the stipulation of counsel to, once again, re-set the briefing schedule

25   for the class certification motion.  In the last stipulation, defense counsel requested an extension

26   of the briefing schedule due to a pre-planned vacation.  Now, the extension is requested due to a

27   significant trial with which defense counsel will be engaged during the time that they, otherwise,

28   would be preparing the opposition to the class certification motion.

1        The Court is fully aware of the demands of a busy practice and does not discount the need

2  for rest times and will **GRANT** the stipulation.  However, short of a severe situation, **the Court**

3  **will not entertain any further requests to amend the briefing schedule**.  Therefore the

4  briefing schedule is amended as follows:

5     A.  The motion for class certification **SHALL** be filed on or before September 30, 2013;

6     B.  Opposition to class certification **SHALL** be filed on or before October 28, 2013;

7     C.  The reply **SHALL** be filed on or before November 18, 2013;

8     D.  The motion for class certification will be heard on December 18, 2013 at 9:00 a.m.

9        Telephonic appearances via CourtCall are authorized.

10

11  IT IS SO ORDERED.

12     Dated:  __August 14, 2013__            _____**/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28