# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO, on behalf of himself and all other similarly situated individuals, | ) Case No.: 1:09-cv-00701 - AWI - JLT |
| | ) |
| Plaintiff, | ) ORDER ADOPTING THE FINDINGS AND |
| | ) RECOMMENDATIONS DENYING PLAINTIFF'S |
| v. | ) MOTION FOR CLASS CERTIFICATION AND |
| | ) APPOINTMENT OF CLASS COUNSEL |
| CASTLEROCK FARMING AND TRANSPORT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Plaintiff Silvestre Soto sought class certification, which was opposed by Defendant Castlerock Farming and Transport, Inc.  (Docs. 145, 150-152.)  On December 23, 2013, the Magistrate Judge found Plaintiff failed to demonstrate the proposed classes satisfied the requirements of Rule 23, and recommended Plaintiff's motion for class certification be denied.  (Doc. 171).

The Findings and Recommendations provided the parties with twenty-one days from the date of service, or until January 13, 2014, to file any objections.  In addition, the parties were informed that the failure to file objections within the specified time may waive the right to appeal the District Court's order.  (Doc. 171 at 36, citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)). To date, no party has filed objections to the Magistrate Judge's recommendation that class certification be denied.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.

Having carefully reviewed the file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The Findings and Recommendations filed December 23, 2013, are **ADOPTED IN FULL**; and

2.   Plaintiff's motion for class certification and appointment of class counsel is **DENIED**.

IT IS SO ORDERED.

Dated:   January 16, 2014

SENIOR  DISTRICT  JUDGE

2