# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO,<br><br>        Plaintiff,<br><br>v.<br><br>CASTLEROCK FARMING AND TRANSPORT INC., and DOES 1 to 20 inclusive,<br>        Defendant | CASE NO. 1:09-CV-0701 AWI JLT<br><br>ORDER SETTING THE PRETRIAL CONFERENCE FOR 1:30 PM ON SEPTEMBER 12, 2014 |

Plaintiff failed to file a timely pretrial statement. The court issued an order to show cause, directing Plaintiff to explain in writing why sanctions should not be imposed. Doc. 175. Plaintiff has responded and explained that Plaintiff's counsel had a death in the family that resulted in some lapses in the management of the case. Doc. 176. Plaintiff has also filed a pretrial statement. Doc. 177. As there does not appear to be any prejudice from this minor delay, no sanctions shall be issued. Plaintiff also agreed with Defendant that a settlement conference may be fruitful.

The pretrial conference is rescheduled for Friday, September 12, 2014, and 1:30 PM. Additionally, the parties are ordered to contact Judge Thurston's Courtroom Deputy by the end of this week to begin the process of arranging a potential settlement conference.

IT IS SO ORDERED.

Dated:  September 3, 2014

SENIOR  DISTRICT  JUDGE