1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVESTRE SOTO, | CASE NO. 1:09-CV-0701 AWI JLT |
| **Plaintiff,** | ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE OF OCTOBER 28, 2014 |
| v. | |
| CASTLEROCK FARMING AND TRANSPORT INC., and DOES 1 to 20 inclusive, | |
| **Defendant** | |

The pretrial conference is currently scheduled for Friday, September 12, 2014 and trial is set for October 28, 2014. Plaintiff Silvestre Soto passed away in March 2014. It is unclear how long Plaintiff's counsel has known of this fact. Defendant's counsel was just informed last week. By e-mail, the parties have indicated to the court that they are unable to meet trial deadlines due to this development.

Thus, it is appropriate at this point to vacate the pretrial conference and trial dates. The parties are directed to file a written status report concerning how this case should proceed by October 15, 2014 at 4:00 PM.

IT IS SO ORDERED.

Dated:  September 8, 2014  

_____

SENIOR  DISTRICT  JUDGE