# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SILVESTRE SOTO, ET AL.,**

CASE NO: **1:09–CV–00701–AWI–JLT**

v.

**CASTLEROCK FARMING, ET AL.,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/27/2015**


**Marianne Matherly**
Clerk of Court

ENTERED:  **February 27, 2015**

by: /s/ T. Lundstrom
Deputy Clerk